

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHELITA WAKER on behalf of M.W. | CIVIL ACTION |
| VERSUS | NO. 04-2887 |
| JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | SECTION "S"(3) |

### ORDER

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the Commissioner's Cross-Motion for Summary Judgment is GRANTED, Plaintiff's Motion for Summary Judgment is DENIED and Plaintiff's Complaint be and is hereby DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 7 day February 2006.

UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
X   Dktd_____
___ CtRmDep_____
___ Doc. No._____